■ In the Matter of the Estate of JAMES BERTRAM, Deceased. JEAN B. UNDERHILL, Appellant; UNITED STATES OF AMERICA et al., Respondents.—In a proceeding to construe a will, petitioner appeals from a decree of the Surrogate's Court, Westchester County, dated February 7, 1977, which, after a hearing, *inter alia,* declared that the trust in issue had not lapsed. Decree affirmed, with costs payable out of the estate to all parties appearing and filing briefs, on the opinion of Surrogate Brewster. Martuscello, J. P., Latham, Damiani and Rabin, JJ., concur. [89 Misc 2d 55.]